IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12 C 6764 |
| AFFORDABLE COMFORT CONSTRUCTION/-HVAC, INC., an Illinois corporation, | ) ) ) | CHIEF JUDGE JAMES F. HOLDERMAN |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, AFFORDABLE COMFORT CONSTRUCTION/HVAC, INC., an Illinois corporation, in the total amount of $4,446.42, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $776.25.

On August 30, 2012, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Missy Winston) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 20, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Jennifer L. Dunitz-Geiringer

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 23rd day of October 2012:

  Mr. James O. Johnson, Jr., Registered Agent/President
  Affordable Comfort Construction/HVAC, Inc.
  500 W. Taft Drive
  South Holland, IL   60473

               /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Affordable Comfort\#24064\motion.jdg.df.wpd